1

KIRTON | McCONKIE, P.C.
James T. Burton*

2

(jburton@kmclaw.com)

3

Joshua S. Rupp*
(jrupp@kmclaw.com)

4

60 East South Temple, Suite 1800
Salt Lake City, UT 84111

5

Telephone: (801) 328-3600

6

Facsimile: (801) 321-4893
*(Admitted *Pro Hac Vice*)

7

8

KNOBBE, MARTENS, OLSON & BEAR, LLP
Timothy J. Goodson (SBN 244,649)

9

(timothy.goodson@knobbe.com)
333 Bush Street, Suite 2100

10

San Francisco, CA 94104
Telephone: (415) 954-4114

11

Facsimile: (415) 954-4111

12

*Attorneys for Defendant, Counterclaimant and
Third-party Plaintiff ClearPlay, Inc.*

13

## UNITED STATES DISTRICT COURT

14

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

15

16

VIDANGEL LLC,

Case No. C 3:13-cv-05989-SI

17

            Plaintiff and Counter-Defendant,

**CLEARPLAY, INC.'S MOTION FOR
ADMINISTRATIVE RELIEF TO
EXCEED PAGE LIMITATIONS FOR
THE TEMPORARY RESTRAINING
ORDER, ORDER TO DISABLE CERTAIN
WEBSITES, AND ORDER TO SHOW
CAUSE FOR PRELIMINARY
INJUNCTION**

18

    v.

19

CLEARPLAY, INC, and DOES 1 through 10,

20

            Defendant and Counterclaimant.

21

22

CLEARPLAY, INC.,

23

            Third-party Plaintiff,

24

    v.

25

JEFFREY HARMON; NEAL HARMON; and
DOES 1 through 10,

26

27

            Third-party Defendants.

28

1  Concurrently herewith, ClearPlay, Inc. ("ClearPlay") has moved for a temporary
2  restraining order and preliminary injunction against VidAngel, LLC ("VidAngel") and third-party
3  defendants Jeffrey Harmon and Neal Harmon (collectively, "Harmons"). ClearPlay has diligently
4  tried to comply with the 25-page limitation of Civil L.R. 7-4(b), but given the complexity of the
5  technology, the detailed factual history, and the number of patent claims evaluated, ClearPlay will
6  require more than the 25 pages to which ClearPlay is entitled. ClearPlay respectfully requests
7  permission to file a brief not to exceed 32 pages in length.

8  ClearPlay has contacted counsel for VidAngel concerning this request, but counsel for
9  VidAngel did not agree to ClearPlay's request. *See* Declaration of James T. Burton, attached
10 hereto as Exhibit 1.

11 This motion is supported by the following Memorandum, accompanying Proposed Order,
12 and Declaration of James T. Burton.

13                                  **MEMORANDUM**

14 Without the requested relief, ClearPlay will not have sufficient pages to argue why it is
15 entitled to a temporary restraining order and preliminary injunction, including why the ClearPlay
16 patents are infringed by VidAngel and why the proposed construction of the term is appropriate.
17 Given the extensive factual predicate ClearPlay needs to provide, the multi-factored standard for
18 injunctive relief, and the application of the terms of the patents-in-suit to the infringing VidAngel
19 product, it is not possible for ClearPlay to adequately discuss its request without an additional
20 seven (7) pages. There is good cause for this request as ClearPlay must be afforded an
21 opportunity to fully argue why it is entitled to injunctive relief. Moreover, there is no harm to
22 VidAngel, whose infringement of ClearPlay's patents-in-suit necessitated the request for
23 injunctive relief.

24 For the reasons set forth above, ClearPlay respectfully requests that the Court permit
25 ClearPlay to file its motion for injunctive relief of not more than 32 pages.

26 DATED: February 21, 2014          Respectfully submitted,

27                                    KIRTON | McCONKIE, P.C.

28                                    By: */s/ James T. Burton*

                                          2

James T. Burton*
(jburton@kmclaw.com)
Joshua S. Rupp*
(jrupp@kmclaw.com)
KIRTON | McCONKIE, P.C.
60 East South Temple, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
*(Admitted *Pro Hac Vice*)

Timothy J. Goodson (SBN 244,649)
(timothy.goodson@knobbe.com)
KNOBBE, MARTENS, OLSON
    & BEAR, LLP
333 Bush Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 954-4114
Facsimile: (415) 954-4111

*Attorneys for Defendant, Counterclaimant
and Third-party Plaintiff ClearPlay, Inc.*

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on this the 21st day of February, 2014, a copy of the foregoing was

3    filed with the Court's CM/ECF system, which provides service to all counsel of record.

4

5                                                        */s/James T. Burton*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIRTON | McCONKIE, P.C.
James T. Burton*
(jburton@kmclaw.com)
Joshua S. Rupp*
(jrupp@kmclaw.com)
60 East South Temple, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
*(Admitted *Pro Hac Vice*)

KNOBBE, MARTENS, OLSON & BEAR, LLP
Timothy J. Goodson (SBN 244,649)
(timothy.goodson@knobbe.com)
333 Bush Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 954-4114
Facsimile: (415) 954-4111

*Attorneys for Defendant, Counterclaimant and
Third-party Plaintiff ClearPlay, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VIDANGEL LLC,<br><br>          Plaintiff and Counter-Defendant,<br><br>     v.<br><br>CLEARPLAY, INC, and DOES 1 through 10,<br><br>          Defendant and Counterclaimant.<br><br>_____<br><br>CLEARPLAY, INC.,<br><br>          Third-party Plaintiff,<br><br>     v.<br><br>JEFFREY HARMON; NEAL HARMON; and DOES 1 through 10,<br><br>          Third-party Defendants. | Case No. C 3:13-cv-05989-SI<br><br>**DECLARATION OF JAMES T. BURTON IN SUPPORT OF CLEARPLAY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATIONS FOR THE TEMPORARY RESTRAINING ORDER, ORDER TO DISABLE CERTAIN WEBSITES, AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

I, James T. Burton, declare and state as follows:

1.     I am a partner in the law firm of Kirton McConkie and am lead counsel for ClearPlay. I am admitted *pro hac vice* in this matter. I am a member in good standing of the Utah State Bar. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2.     I make this Declaration pursuant to Local Rule 7-11 in support of ClearPlay's Administrative Motion to Exceed Page Limitations for the Temporary Restraining Order, Order to Disable Certain Websites, and Order to Show Cause for Preliminary Injunction.

3.     On February 21, 2014 I contacted Enoch Liang, counsel for VidAngel, to see if he would stipulate to a seven (7) page extension to our Consolidated Motion for TRO/PI. Mr. Liang did not agree to my request. *See* February 21, 2014, correspondences, attached hereto as Exhibit 1.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 21st day of February, at Salt Lake City, Utah.

By: */s/ James T. Burton*
    James T. Burton*
    KIRTON | McCONKIE, P.C.
    60 East South Temple, Suite 1800
    Salt Lake City, UT  84111
    Telephone:  (801) 328-3600
    Facsimile:  (801) 321-4893
    *(Admitted *Pro Hac Vice*)

# Exhibit 1

**James Burton**

| Subject: | FW: VidAngel v. ClearPlay: Motion for TRO/PI |
|---|---|

**From:** Enoch Liang [mailto:Enoch.Liang@ltlattorneys.com]
**Sent:** Friday, February 21, 2014 4:51 PM
**To:** James Burton; Heather Auyang; Timothy Fox
**Cc:** Joshua S. Rupp; Heather Bartlett Mills
**Subject:** RE: VidAngel v. ClearPlay: Motion for TRO/PI

Dear Mr. Burton,

We will not stipulate.  There is no reason for your motion to exceed the requisite page limit.

Moreover, please explain why you are, on the one hand, arguing for transfer to Utah, but on the other hand, seeking an Order from the Northern District Court, as these seem contradictory.

We look forward to receiving your papers, which we will oppose.  Please send us an email courtesy copy.  We will be emailing you a courtesy copy of our Opposition to your Mx to Transfer shortly.

Thanks,

Enoch

**From:** James Burton [mailto:jburton@kmclaw.com]
**Sent:** Friday, February 21, 2014 3:45 PM
**To:** Enoch Liang; Heather Auyang; Timothy Fox
**Cc:** Joshua S. Rupp; Heather Bartlett Mills
**Subject:** VidAngel v. ClearPlay: Motion for TRO/PI

Mr. Liang:

We are filing our motion for TRO/PI today.  As part of that motion, we are simultaneously asking the Court to exceed our page limitations to not be more than 32 pages.  Pursuant to Rule 7-11(a), please let me know if you will stipulate to this extension.

Best regards,

James Burton

---

James T. Burton
Kirton McConkie
1800 World Trade Center
60 East South Temple
Salt Lake City, Utah 84111
Direct: (801) 323-5998
Office: (801) 328-3600

1

Fax: (801) 321-4893
email: jburton@kmclaw.com