KIRTON | McCONKIE, P.C.
James T. Burton*
(jburton@kmclaw.com)
Joshua S. Rupp*
(jrupp@kmclaw.com)
60 East South Temple, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
*(Admitted *Pro Hac Vice*)

KNOBBE, MARTENS, OLSON & BEAR, LLP
Timothy J. Goodson (SBN 244,649)
(timothy.goodson@knobbe.com)
333 Bush Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 954-4114
Facsimile: (415) 954-4111

*Attorneys for Defendant, Counterclaimant and Third-party Plaintiff ClearPlay, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIDANGEL LLC,<br><br>   Plaintiff and Counter-Defendant,<br><br>v.<br><br>CLEARPLAY, INC, and DOES 1 through 10,<br><br>   Defendant and Counterclaimant. | Case No. C 3:13-cv-05989-SI<br><br>**CLEARPLAY, INC.'S CONSOLIDATED MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER TO DISABLE CERTAIN WEBSITES, AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: _____<br>Time: _____ |
| CLEARPLAY, INC.,<br><br>   Third-party Plaintiff,<br><br>v.<br><br>JEFFREY HARMON; NEAL HARMON; and DOES 1 through 10,<br><br>   Third-party Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rules of Civil Procedure 7 and 65 and Northern District of California Civil Local Rule 65-1, Defendant, Counterclaimant and Third-party Plaintiff ClearPlay, Inc. ("ClearPlay"), by and through undersigned counsel, hereby respectfully moves the Court (1) for a temporary restraining order and (2) for an order setting a briefing and hearing schedule for ClearPlay's motion for preliminary injunction as follows:

a. Enjoining Plaintiff and Counter-Defendant VidAngel LLC and Third-party Defendants Jeffrey Harmon and Neal Harmon (collectively "VidAngel," unless otherwise specified) and their officers, agents, servants, representatives, employees, attorneys, parents, subsidiaries, affiliates, related companies, partners, successors, predecessors, assigns, and all persons acting for, with, by, through, or under them, and each of them, from:

   i. making, importing, using, selling, offering for sale, holding for sale, advertising, promoting and/or otherwise storing, in any manner, VidAngel's online multimedia and/or audiovisual filtering product(s), including products offered, hosted, or available at www.vidangel.com, which products (hereinafter the "Infringing Products") are alleged to infringe one or more claims of ClearPlay's patents, including, but not limited to, U.S. Patent Nos. 8,117,282 ("the '282 Patent"), 7,975,021 ("the '021 Patent"), 7,543,318 ("the '318 Patent"), 6,898,799 ("the 799 Patent"), 6,889,383 ("the 383 Patent"), and 7,577,970 ("the '970 Patent") (collectively, the "Patents-in-Suit");

   ii. offering, hosting, making available, or otherwise using the Infringing Products in connection or association with one or more websites hosted, owned, operated, or otherwise under or subject to VidAngel's control, including, but not limited to, www.vidangel.com, (hereinafter, the "Infringing Websites");

   iii. operating, providing, enabling, or otherwise hosting the Infringing Websites or otherwise providing services enabling the sale, offer for sale, advertisement, or promotion of any products, including the Infringing Products, that infringe the Patents-in-Suit; and

   iv. otherwise infringing the Patents-in-Suit; and

2

b. Ordering domain name registries holding or listing one or more of the domain names used in conjunction with the Infringing Websites to, within one (1) day of receipt of the Court's Order, temporarily disable these domain names, or any subset of these domain names specified by ClearPlay, through a registry hold or otherwise, and make them inactive and non-transferable pending further order from this Court, unless ClearPlay indicates to the registrars that particular domain names be released from such restraints.

\* \* \*

As set forth more fully in the accompanying Memorandum of Points and Authorities, VidAngel's conduct has caused and will continue to cause irreparable harm to ClearPlay's brand, reputation, goodwill, and patent rights. These injuries cannot be compensated by money damages after a trial. In addition, ClearPlay has demonstrated (i) a likelihood of success on the merits for its claims of patent infringement; (ii) that the balance of hardships weighs in ClearPlay's favor; and (iii) that granting the temporary restraining order and preliminary injunctive relief as requested is in the public interest. Accordingly, ClearPlay respectfully requests that the Court set this matter for hearing at the earliest date convenient to the Court's schedule to prevent additional harm from occurring.

ClearPlay's instant motion is based on this application for temporary restraining order, the accompanying Complaint and Counterclaims (as required by Civil Local Rule 65-1(a)(1)), ClearPlay's accompanying Memorandum of Points and Authorities, the Proposed Order to Show Cause for Temporary Restraining Order and Preliminary Injunction (as required by Civil Local Rule 65-1(a)(3) & 65-1(c)), the Expert Report of Dan R. Olsen, Jr., the Affidavit of Matthew T. Jarman, and the Affidavit of James T. Burton, and upon such other matters as may be presented to the Court at the time of the hearing. Pursuant to Civil Local Rule 65-1(b), counsel for ClearPlay has delivered notice of the instant motion to opposing counsel for VidAngel contemporaneously with the filing hereof.

DATED: February 21, 2014   Respectfully submitted,

KIRTON | McCONKIE, P.C.

By: */s/ James T. Burton*

James T. Burton\*
(jburton@kmclaw.com)
Joshua S. Rupp\*
(jrupp@kmclaw.com)
KIRTON | McCONKIE, P.C.
60 East South Temple, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
\*(Admitted *Pro Hac Vice*)

Timothy J. Goodson (SBN 244,649)
(timothy.goodson@knobbe.com)
KNOBBE, MARTENS, OLSON
 & BEAR, LLP
333 Bush Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 954-4114
Facsimile: (415) 954-4111

*Attorneys for Defendant, Counterclaimant
and Third-party Plaintiff ClearPlay, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of February, 2014, a copy of the foregoing was filed with the Court's CM/ECF system, which provides service to all counsel of record.

                                          */s/James T. Burton*